52 A.3d 221

Orlando MAISONET, Petitioner

v.

COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS, Sec. John E. Wetzel, Prison Health Services, Dr. Byunghak Jin, et al., Respondents.

No. 106 EM 2012.

Supreme Court of Pennsylvania.

Aug. 31, 2012.

## ORDER

PER CURIAM.

AND NOW, this 31st day of August, 2012, the Petition for Leave to File Appeal *Nunc Pro Tunc* is **DENIED**.

---

52 A.3d 221

Jeffrey Lee WHITLOW, Jr., El, In Propria Persona, Sui Juris, Petitioner

v.

UNITED STATES of America, et al., Respondents.

No. 113 EM 2012.

Supreme Court of Pennsylvania.

Aug. 31, 2012.

## ORDER

PER CURIAM.

AND NOW, this 31st day of August, 2012, the Application for Leave to File Original Process is **DENIED**, and the Petition for Writ of Habeas Corpus is **DISMISSED**.